FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-0306
_____

BRANDON D. PINA,

Appellant,

v.

LAI REALTY,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Jonathan Ramsey, Judge.

August 12, 2025

PER CURIAM.

DISMISSED as untimely.

RAY, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brandon D. Pina, pro se, Appellant.

No appearance for Appellee.